```
                                                    F I L E D
                                                       Clerk
1                                                   District Court

2                                                   JUL 2 7 2005
  Richard W. Pierce, Law Office
3 2nd Floor Alexander Bldg., Beach Road, San Jose   For The Northern Mariana Islands
  P.O. Box 503514 CK                                By_____
4 Saipan, MP 96950-3514                                      (Deputy Clerk)
  Telephone:  (670) 235-3425
5 Facsimile:  (670) 235-3427
  Attorneys for Plaintiffs
6
```

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| WAGON XY XIONG, WEI JIN AN, WEI HONG FOR HERSELF AND HER MINOR CHILD, WEI YONG TAO AND SHUN LI, | CIVIL ACTION NO. 04-0027 |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | |
| HONG KONG ENTERTAINMENT (OVERSEAS) INVESTMENTS, LTD., DOING BUSINESS AS TINIAN DYNASTY HOTEL & CASINO, | |
| Defendant. | |

   I, Carol Lynn Calobong-Pierce, am over the age of 18 years, and not a party to this action. My business address is the Law Office of Richard W. Pierce, P.O. Box 503514, Saipan, MP 96950. I hereby certify that I caused true and correct copies of:

   1. Wagon Xy Xiong's Response to Defendant's Request for Interrogatories;
   2. Wei Jin An's Response to Defendant's Request for Interrogatories;
   3. Wei Hong's Response to Defendant's Request for Interrogatories;
   4. Shun Li's Response to Defendant's Request for Interrogatories;

1
2
    5.    Wagon Xy Xiong's Response to Defendant's Request for Production of
3 Documents;
    6.    Wei Jin An's Response to Defendant's Request for Production of Documents;
4
    7.    Wei Hong's Response to Defendant's Request for Production of Documents;
5
    8.    Shun Li's Response to Defendant's Request for Production of Documents;
6     9.    Wei Yong Tao's Response to Defendant's Request for Production of Documents;
and
7
    10.    Plaintiffs' response documents numbered WXX – 00036 to WXX – 00072 to
8 Defendant's Request for Production of Documents in the above matter

9 to be served upon G. Anthony Long this 22nd day of July 2005 by:

10
    /X/    delivering a copy to:
11
    /_/    faxing a copy to:
12
    /_/    depositing a copy in the United States Mail, first-class postage
13     prepaid, addressed to:

14     G. Anthony Long, Esq.
    2nd Floor, Lim's Bldg., San Jose
15     P.O. Box 504970 CK
    Saipan, MP   96950-4970
16     Fax No.: (670) 235-4801.

17
Dated this 22nd day of July 2005.
18
19     *Carol Lynn Calobong-Pierce* (signature)
    Carol Lynn Calobong-Pierce
20

1
2
    5.    Wagon Xy Xiong's Response to Defendant's Request for Production of Documents;
3
    6.    Wei Jin An's Response to Defendant's Request for Production of Documents;
4
    7.    Wei Hong's Response to Defendant's Request for Production of Documents;
5
    8.    Shun Li's Response to Defendant's Request for Production of Documents;
6
    9.    Wei Yong Tao's Response to Defendant's Request for Production of Documents; and
7
    10.    Plaintiffs' response documents numbered WXX – 00036 to WXX – 00072 to Defendant's Request for Production of Documents in the above matter
8
9 to be served upon G. Anthony Long this 22nd day of July 2005 by:
10
11     /X/    delivering a copy to:
12     /_/    faxing a copy to:
13     /_/    depositing a copy in the United States Mail, first-class postage prepaid, addressed to:
14
    G. Anthony Long, Esq.
15     2nd Floor, Lim's Bldg., San Jose
    P.O. Box 504970 CK
16     Saipan, MP   96950-4970
    Fax No.: (670) 235-4801.
17
Dated this 22nd day of July 2005.
18
19     *Carol Lynn Calobong-Pierce* (signature)
    Carol Lynn Calobong-Pierce
20
21
22
23
24
25
26
27
28