FILED
Clerk
District Court

OCT 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Richard W. Pierce, Law Office
2nd Floor Alexander Bldg., San Jose
P.O. Box 503514 CK
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| WAGON XY XIONG, WEI JIN AN, WEI HONG FOR HERSELF AND HER MINOR CHILD, WEI YONG TAO AND SHUN LI,<br><br>Plaintiffs,<br><br>vs.<br><br>HONG KONG ENTERTAINMENT (OVERSEAS) INVESTMENTS, LTD., DOING BUSINESS AS TINIAN DYNASTY HOTEL & CASINO,<br>Defendant. | CIVIL ACTION NO. 04-0027<br><br>**STIPULATION FOR DISMISSAL and ORDER OF DISMISSAL** |

Plaintiffs and Defendant stipulate to a dismissal with prejudice of this action, pursuant to Rule 41, Fed. R. Civ. P. Each party shall bear its own costs and attorneys fees.

Respectfully submitted, this October 11, 2005.

By: _____
Richard W. Pierce
Attorney for Plaintiffs

By: _____
G. Anthony Long
Attorney for Defendant

-1-

IT IS HEREBY ORDERED that this civil action is dismissed with prejudice, with each party to bear its own attorney fees and costs.

Dated: October 14TH, 2005.

　　　　　　　　　　　　　　　　　　　　　　／s／ Alex R. Munson
　　　　　　　　　　　　　　　　　　　　　　ALEX R. MUNSON
　　　　　　　　　　　　　　　　　　　　　　Chief Judge